# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **ELVIN OMAR AGUILERA-ALVAREZ,** | § | |
| | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | |
| | § | |
| **WARDEN,** | § | |
| *ERO El Paso Camp East Montana*; | § | |
| **MARY DE ANDA-YBARRA,** | § | |
| *Field Office Director of U.S. Immigration* | § | |
| *and Customs Enforcement, Enforcement and* | § | **EP-26-CV-00619-DCG** |
| *Removal Operations ("ICE ERO"), El Paso* | § | |
| *Field Office*; | § | |
| **MARKWAYNE MULLIN,** | § | |
| *Secretary of the U.S. Department of* | § | |
| *Homeland Security*; **and** | § | |
| **TODD BLANCHE,** | § | |
| *Acting Attorney General of the United States*, | § | |
| | § | |
| *Respondents.* | § | |

## ORDER

*Pro se* Petitioner Elvin Omar Aguilera-Alvarez has filed a document entitled "Notice of (Pro-Se) Appearance."[1] The Court addresses that filing as follows.

## I.    DISCUSSION

The Notice first states: "From this moment forward, I appear (PRO-SE) in my name, I want to represent my self."[2] Petitioner was already proceeding *pro se* in this litigation; no

---

[1] *See* Notice, ECF No. 6, at 1.

All page citations in this Order refer to the page numbers assigned by the Court's CM/ECF system, rather than the cited document's internal pagination.

[2] *See id.* (errors in original).

attorney has ever appeared on Petitioner's behalf in this case.[3]  Thus, to the extent the Notice

declares that Petitioner is proceeding *pro se* "[f]rom this moment forward,"[4] it is unnecessary.

Petitioner next asks that "all future notifications in the case be sent directly to" him.[5]

Petitioner does not need to ask the Court to do so; in habeas cases where the petitioner is *pro se*,

the Court always mails copies of its orders directly to the petitioner.

Petitioner also asks the Court to "send [him] copies of the responses the defendants sent

against [him]."[6]  Because Respondents' Response to the Petition doesn't contain a Certificate of

Service indicating that Respondents mailed the Response to Petitioner,[7] the Court has no way to

know whether Petitioner ever received the Response.  The Court will therefore send Petitioner a

copy of the Response as he requests.  The Court also respectfully reminds Respondents to:

(1)    serve their future filings on Petitioner in accordance with Federal Rule of
       Civil Procedure 5(b)(2);[8] and

(2)    append a Certificate of Service to their filings indicating that they've done
       so.[9]

---

[3] *See, e.g.*, Pet., ECF No. 1, at 13.

[4] *See* Notice at 1.

[5] *See id.*

[6] *See id.*

[7] *See* Resp., ECF No. 4, at 1–28; Resp. Ex. A, ECF No. 4-1, at 1–4; Resp. Ex. B., ECF No. 4-2, at 1–3.

[8] *See, e.g.*, FED. R. CIV. P. 5(b)(2)(C) (stating that a litigant may serve a filing by "mailing it to the person's last known address—in which event service is complete upon mailing").

[9] *See* FED. R. CIV. P. 5(d)(1)(B) (stating that when a filing "is required to be served" by means other than "by filing it with the court's electronic-filing system," "a certificate of service must be filed with it or within a reasonable time after service").

*See also* FED. R. CIV. P. 5(b)(2)(E) (providing that a party may serve a document "by filing it with the court's electronic-filing system" only if the recipient is "a registered user" of that system—which, presumably, Petitioner is not).

Lastly, Petitioner "demand[s] to have knowledge how [his] case is going," since he has reportedly "received no notification regarding [his] case."[10]  Petitioner's case is one of over 125 immigration habeas petitions that are currently pending before the undersigned Judge.  "Absent overriding interests (such as medical need)," the undersigned Judge generally strives to resolve immigration habeas petitions in the order the Court received them.[11]  Approximately 50 petitions have been pending before the undersigned Judge for longer than the Petition here.  The Court will rule on Petitioner's case in due course, as its heavy caseload permits.

Finally, because Respondents Kristi Noem and Pamela Bondi no longer hold the offices they held when Petitioner filed the Petition, the Court will substitute their successors as named Respondents in this litigation.[12]

## II.     CONCLUSION

The Court **DIRECTS** the Clerk's office to **SUBSTITUTE** the named Respondents in this case as follows:

(1)     substitute Acting Attorney General Todd Blanche for Former Attorney General Pam Bondi; and

(2)     substitute Current DHS Secretary Markwayne Mullin for Former Secretary Kristi Noem.

---

[10] *See* Notice at 1.

[11] *See, e.g.*, *Huanaga-Luna v. Bondi*, No. 3:26-CV-00462, 2026 WL 822444, at *1 (W.D. Tex. Mar. 19, 2026) (citation modified); *see also id.* (explaining that "fairness considerations favor resolving older petitions before newer ones").

[12] *Compare* Pet. at 5 ("Respondent Kristi Noem is sued in her official capacity as Secretary of the U.S. Department of Homeland Security."), *and id.* ("Respondent Pamela Bondi is sued in her official capacity as Attorney General of the United States . . . ."), *with* FED. R. CIV. P. 25(d) ("An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending.  The officer's successor is automatically substituted as a party.  Later proceedings should be in the substituted party's name . . . . The court may order substitution at any time . . . .").

The Court respectfully **REMINDS** Respondents to:

(1)     serve their future filings on Petitioner in accordance with Federal Rule of Civil Procedure 5(b)(2); and

(2)     append a Certificate of Service to their filings indicating that they've done so.

The Clerk of Court **SHALL MAIL** the following documents:

(1)     this Order;

(2)     Respondents' "Response to Petition" (ECF No. 4); and

(3)     both exhibits to the Response (ECF Nos. 4-1 and 4-2)

to the following address:

Elvin Omar Aguilera-Alvarez
El Paso Service Processing Center
8915 Montana Avenue
El Paso, TX 79925

Just in case the Government relocates Petitioner to another facility while this mailing is in

transit, the Clerk of Court **SHALL ALSO MAIL** those same documents to:

Elvin Omar Aguilera-Alvarez
ERO El Paso Camp East Montana
6920 Digital Road
El Paso, TX 79936

**So ORDERED and SIGNED this 27th day of May 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

- 4 -